UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANTHONY HAMMOND MURPHY,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>THE FARMER'S DOG, INC.,<br><br>　　　　　Defendant. | Case No.: 1:22-cv-312-RAL |

## NOTICE OF CONCLUSION OF ACTION IN PRINCIPLE

The Parties to the above-captioned case hereby notify the Court that they have agreed in principle on the conclusion of the case, the Parties are finalizing the conclusion of the action, and the Parties respectfully request the Court administratively terminate all deadlines and scheduled events for thirty (30) days.

Dated: February 6, 2023　　　　　　　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　　　　　　　/s/ Thomas J. Giblin
　　　　　　　　　　　　　　　　　　　　　　Thomas J. Giblin (PA 313111)
　　　　　　　　　　　　　　　　　　　　　　LATHAM & WATKINS LLP
　　　　　　　　　　　　　　　　　　　　　　1271 Avenue of the Americas
　　　　　　　　　　　　　　　　　　　　　　New York, NY 10020
　　　　　　　　　　　　　　　　　　　　　　Telephone: (212) 906-1200
　　　　　　　　　　　　　　　　　　　　　　Facsimile: (212) 751-4864
　　　　　　　　　　　　　　　　　　　　　　Email: thomas.giblin@lw.com

　　　　　　　　　　　　　　　　　　　　　　*Counsel for Defendant*


　　　　　　　　　　　　　　　　　　　　　　/s/ Lawrence H. Fisher[1]
　　　　　　　　　　　　　　　　　　　　　　Lawrence H. Fisher (PA 67667)
　　　　　　　　　　　　　　　　　　　　　　One Oxford Centre
　　　　　　　　　　　　　　　　　　　　　　301 Grant Street, Suite 270
　　　　　　　　　　　　　　　　　　　　　　Pittsburgh, PA 15219

---

[1] Counsel's signature is used with permission.

Telephone: (412) 577-4040
Facsimile: (412) 225-3701
Email: lawfirst@lawrencefisher.com

*Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of the foregoing Notice of Conclusion of Action in Principle was filed electronically on February 6, 2023. Notice of this filing will be sent to the parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                            /s/ Thomas J. Giblin  
                                            Thomas J. Giblin